UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED ELECTRONICALLY

MANTI'S TRANSPORTATION, INC., and ALFRED J. MANTI,

Plaintiffs,

v.

CITICAPITAL COMMERCIAL CORPORATION, f/k/a ASSOCIATES COMMERCIAL CORPORATION; GENERAL ELECTRIC CAPITAL CORPORATION; LARRY SHUTE; LAWRENCE J. PELKA; JOHN UMBERGER; ROAD READY REGISTRATION, INC. and SUSAN BANKS-NICKEL,

Defendants.

Case No.: 06 CV 1699 (FB)(RML)

RECEIVED
in Chambers of:
U.S. Magistrate Judge

JUN 1 3 2006

## PROPOSED ORDER FOR ADMISSION
### *PRO HAC VICE* OF BRETT INGERMAN

The Court, having reviewed the Declaration of Michael D. Hynes in Support of Motion for Admission *Pro Hac Vice* of Brett Ingerman dated June 9, 2006, the Declaration of Brett Ingerman dated June 8, 2006, and all attachments thereto, and good cause being alleged therefore, it is hereby

**ORDERED**, that the admission *pro hac vice* of Brett Ingerman is granted, permitting Mr. Ingerman to appear and participate in all further proceedings in this case as counsel for defendants GENERAL ELECTRIC CAPITAL CORPORATION, LARRY SHUTE and JOHN UMBERGER.

So ordered this 19th day of July, 2006.

Hon. Robert M. Levy, U.S.M.J.