UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED ELECTRONICALLY

---

MANTI'S TRANSPORTATION, INC., and ALFRED J. MANTI,

            Plaintiffs,

v.

CITICAPITAL COMMERCIAL CORPORATION, f/k/a ASSOCIATES COMMERCIAL CORPORATION; GENERAL ELECTRIC CAPITAL CORPORATION; LARRY SHUTE; LAWRENCE J. PELKA; JOHN UMBERGER; ROAD READY REGISTRATION, INC. and SUSAN BANKS-NICKEL,

            Defendants.

Case No.: 06 CV 1699 (SJF)(RML)

**NOTICE OF CHANGE OF FIRM NAME**

---

    Please be advised that as of September 4, 2006, the name of the law firm for counsel for Defendants General Electric Capital Corporation, Larry Shute and John Umberger has changed from DLA Piper Rudnick Gray Cary US LLP to DLA Piper US LLP. The new telephone number is (212) 335-4500. The address remains the same.

Dated: New York, New York.
       September 28, 2006

DLA PIPER US LLP

By:    /s/ Amy W. Schulman
    Amy W. Schulman (AWS 3417)
    Michael D. Hynes (MH 5086)
    1251 Avenue of the Americas
    New York, New York 10020-1104
    Tel: (212) 335-4500

*Attorneys for Defendants General Electric Capital Corporation, Larry Shute and John Umberger*

To:

Paul Michael Hollender, Esquire
Corash & Hollender PC
1200 South Avenue, Suite 201
The Corporate Park of Staten Island
Staten Island, NY 10314
(718) 442-4424
*Attorneys for Plaintiffs Manti's Transportation, Inc.
and Alfred J. Manti*

Bennett R. Katz, Esquire
Ohrenstein & Brown, LLP
One Penn Plaza, 46th Floor
New York, NY 10119
(212) 682-4500
*Attorneys for Defendants CitiCapital
Commercial Corporation f/k/a
Associates Commercial Corporation*

Ezra J. Reinstein, Esquire
Greenberg Traurig, LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
(714) 708-6500
*Attorneys for Defendants Road Ready Registration, Inc.
and Susan Banks-Nickel*